DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

26 JANUARY 2017

| 281P06-9 | Joseph E. Teague, Jr., P.E., C.M. v. The North Carolina Department of Transportation, et al. | Plt's *Pro Se* Motion for Petition for Properly Hearing 281P06-8 to Dismiss Underlying Case of Wrongful Termination | Dismissed<br><br>**Martin, C.J., recused** |
|---|---|---|---|
| 301P16-2 | Michael Anthony Taylor v. Ola Mae Lewis, Senior Resident Superior Court Judge of Brunswick County | 1. Petitioner's *Pro Se* Motion for Notice of Appeal (COAP16-462)<br><br>2. Petitioner's *Pro Se* Motion for PDR<br><br>3. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed *ex mero motu* **12/29/2016**<br><br>2. Denied **12/29/2016**<br><br>3. Allowed **12/29/2016** |
| 313P16 | State v. Lawrence Henry Dawson | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1399) | Denied |
| 326P15-4 | Burl Anderson Howell v. North Carolina Wayne County Department of Health and Human Services, by and through, Reese Phelps; Lou Jones | Petitioner's *Pro Se* Motion for Reconsideration | Dismissed |
| 329P16 | State v. Travis Lamont Daughtridge | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-1160)<br><br>2. State's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Conditional PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Denied<br><br>3. Dismissed as moot<br><br>4. Dismissed as moot |
| 334P16 | ACTS Retirement-Life Communities, Inc. v. Town of Columbus, North Carolina | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-1333) | Allowed |
| 337P16 | State v. Brian Hancock | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1311) | Denied |